EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Major Crimes

CLARE E. CONNORS             #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-2958
E-mail:        clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2005

at /0 o'clock and 25 min A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. **CR05 00197SOM** |
|---|---|
| Plaintiff, | ) INDICTMENT |
| vs. | ) [18 U.S.C. §§ 1361, 1707 & 1708] |
| RICHARD K. OPUNUI | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

(Damage to Government Property)

The Grand Jury charges that:

On or about March 8, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did willfully injure and depredate property of the United States, that is, a vending machine used by the United States Postal Service at the Pearl City, Hawaii Post

Office, thereby causing damage to such property in excess of $1,000.00, in violation of Title 18, United States Code, Section 1361.

### COUNT 2

(Theft of Government Property)

The Grand Jury charges that:

On or about March 8, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and purloin property used by the United States Postal Service, that is money and stamps from the vending machine at the Pearl City, Hawaii Post Office, in violation of Title 18, United States Code, Section 1707.

### COUNT 3

(Damage to Government Property)

The Grand Jury charges that:

On or about April 25, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did willfully injure and depredate property of the United States, that is, a vending machine used by the United States Postal Service at the Moiliili, Hawaii Post Office, thereby causing damage to such property in excess of $1,000.00, in violation of Title 18, United States Code, Section 1361.

### COUNT 4

(Theft of Government Property)

The Grand Jury charges that:

On or about April 25, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and purloin property used by the United States Postal Service, that is money and stamps from the vending machine at the Moiliili, Hawaii Post Office, said property having a value in excess of $1,000.00, in violation of Title 18, United States Code, Section 1707.

### COUNT 5

(Damage to Government Property)

The Grand Jury charges that:

On or about May 29, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did willfully injure and depredate property of the United States, that is, a vending machine used by the United States Postal Service at the Aina Haina, Hawaii Post Office, thereby causing damage to such property in excess of $1,000.00, in violation of Title 18, United States Code, Section 1361.

### COUNT 6

(Theft of Government Property)

The Grand Jury charges that:

On or about May 29, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and purloin property used by the United States Postal Service, that is money and stamps from the vending machine at the Aina Haina, Hawaii Post Office, in violation of Title 18, United States Code, Section 1707.

## COUNT 7

(Damage to Government Property)

The Grand Jury charges that:

On or about June 5, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did willfully injure and depredate property of the United States, that is, a vending machine used by the United States Postal Service at the Hawaii Kai, Hawaii Post Office, thereby causing damage to such property in excess of $1,000.00, in violation of Title 18, United States Code, Section 1361.

## COUNT 8

(Theft of Government Property)

The Grand Jury charges that:

On or about June 5, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and purloin property used by the United States Postal Service, that is money and stamps from the vending machine at the Hawaii Kai, Hawaii Post Office, in violation of Title 18, United States Code, Section 1707.

## COUNT 9

(Damage to Government Property)

The Grand Jury charges that:

On or about June 20, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did willfully injure and depredate property of the United States, that is, a vending machine used by

the United States Postal Service at the Kailua, Hawaii Post Office, thereby causing damage to such property in excess of $1,000.00, in violation of Title 18, United States Code, Section 1361.

### COUNT 10

(Theft of Government Property)

The Grand Jury charges that:

On or about June 20, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and purloin property used by the United States Postal Service, that is money and stamps from the vending machine at the Kailua, Hawaii Post Office, said property having a value in excess of $1,000.00, in violation of Title 18, United States Code, Section 1707.

//
//
//
//
//
//
//
//
//
//
//

COUNT 11

(Theft of Mail)

The Grand Jury charges that:

On or about June 24, 2004, in the District of Hawaii, defendant RICHARD OPUNUI, did steal and and take from a post office letter box, located at the Waianae, Hawaii Post Office, a package and other items of mail, in violation of Title 18, United States Code, Section 1708.

DATED: May 19, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes Section

CLARE E. CONNORS
Assistant U.S. Attorney


United States v. Richard Opunui
Cr. No.
INDICTMENT