# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00197SOM |
| CASE NAME: | USA vs. Richard K. Opunui |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | Shanlyn Park |
| | Ellie Sabatino (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 2/13/2006 | TIME: | 9:50 - 10:20 |

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3, 4, 5, 6, 9 and 10 of the Indictment - Defendant Richard K. Opunui present and in custody.

Court adopts the PSR, and it is filed under seal along with the USPO's recommendations.

The Memorandum of Plea Agreement has been accepted by the Court.

Allocution by the Defendant.

ADJUDGED:

Imprisonment: 27 Months as to Counts 1,3,4,5, 9, and 10; and 12 Months as to Counts 2 and 6, all terms to run concurrently.

Supervised Release: 3 Years as to Counts 1,3,5, and 9; and 1 Year as to Counts 2,4,6, and 10, all terms to run concurrently.

Restitution: $39,882.05

Special Assessment: $650.00 ($100 as to each of Counts 1,3,4,5,9, and 10 and $25.00 as to each of Counts 2 and 6).

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter up to a maximum of one valid drug test per day as directed by the Probation Office.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant is prohibited from the possession and use of alcohol.

▸ That restitution of $39,882.05 is due immediately to U.S. Postal Service, Attn: Edward Broglio, 3600 Aolele Street, Honolulu, Hawaii 96820, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

▸ That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

▸ That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

▸ That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time

and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

JUDICIAL RECOMMENDATIONS: 1) FDC Honolulu; 2) Educational and Vocational Programs; 3) Drug Treatment; 4) Placement at a halfway house when available.

Defendant advised of his right to appeal.

Government's Motion to Dismiss Counts 7, 8, and 11 - Granted.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.