ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

### DISTRICT OF

UNITED STATES OF AMERICA

v.

RICHARD K. OPUNUI

**WARRANT FOR ARREST**

CASE NUMBER: 04-0785 LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 01 2007

at 12 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __RICHARD K. OPUNUI__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

COUNT 1
Depredation of property of the United States

COUNT 2
Steal, purloin, and embezzle property of the United States

in violation of
Title __18__ United States Code, Section(s) __1361 and 1707__

Leslie E. Kobayashi                             U.S. Magistrate Judge
Name of Issuing Officer                         Title of Issuing Officer

Leslie E. Kobayashi                             12/14/04  Hon HI
Signature of Issuing Officer                    Date and Location

Bail fixed at $ __to be determined__ by __duty magistrate judge__
                                             Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/12/05 | MITCHELL TABERA POSTAL INSPECTOR | Mitchell Tabera |

This form was electronically produced by Elite Federal Forms, Inc.