PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 07 2008

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court

### for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: RICHARD K. OPUNUI          Case Number: CR 05-00197SOM-01

Name of Sentencing Judicial Officer:   The Honorable Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: 2/13/2006

Original Offense:   <u>Counts 1, 3, 5, and 9</u>: DAMAGE TO GOVERNMENT PROPERTY, in violation of 18 U.S.C. § 1361, Class C felonies

<u>Counts 4 and 10</u>: THEFT OF GOVERNMENT PROPERTY, in violation of 18 U.S.C. § 1707, Class E felonies

<u>Counts 2 and 6</u>: THEFT OF GOVERNMENT PROPERTY, in violation of 18 U.S.C. § 1707, Class A misdemeanors

Original Sentence:   Twenty seven (27) months imprisonment as to Counts 1, 3, 4, 5, 9, and 10, and twelve (12) months imprisonment as to Counts 2 and 6, all terms to run concurrently, followed by three (3) years supervised release as to Counts 1, 3, 5, and 9, and one (1) year as to Counts 2, 4, 6, and 10, all terms to run concurrently.  Special conditions of supervised release include the following:  1) That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment; 2) That the defendant is prohibited from the possession and use of alcohol; 3) That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 4) That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office; and 5) That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted

Prob 12B
(7/93)

2

by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition. The Court also ordered that restitution of $39,882.05 is due immediately to U.S. Postal Service, Attention: Edward Broglio, 3600 Aolele Street, Honolulu, Hawaii 96820, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Type of Supervision:  Supervised Release   Date Supervision to Commence:  3/5/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

That the defendant serve up to 3 months community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

## CAUSE

On 4/4/2008, we received a letter from Mr. Opunui's attorney, Shanlyn A.S. Park, Assistant Federal Public Defender (AFPD), requesting that the U.S. Probation Office seek modification of Mr. Opunui's special conditions of his supervised release to include placement at Mahoney Hale upon his release from his imprisonment sentence. Mr. Opunui has a projected release date of 3/5/2010. According to AFPD Park, Mr. Opunui has expressed a concern about not having a residence upon his release and felt that his participation in the Mahoney Hale program would provide him with a stable environment during his transition into the community.

On 6/13/2008 and 7/29/2008, we interviewed Mr. Opunui and he agreed to the noted modification and requested that the Court approve the modification of the special

Prob 12B
(7/93)

3

conditions of his supervised release. Mr. Opunui read and signed the Notice Regarding Modification of Conditions and the Probation Form 49 waiving his statutory right to a hearing and to assistance of counsel.

Respectfully submitted by,

*[signature]*

FITUINA F. TUA
Senior U.S. Probation Officer

Approved by:

*[signature]*

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 8/6/2008

THE COURT ORDERS:

[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*

SUSAN OKI MOLLWAY
U.S. District Judge

8/6/08
Date

## NOTICE REGARDING MODIFICATION OF CONDITIONS

The defendant understands that any modification of court-ordered conditions is not a waiver of those conditions or of any consequence of violating those conditions. Violations that have preceded this or any modification of conditions may be considered by the court as a basis for revoking supervised release or probation, especially, but not only, in the event of a future violation, whether any such future violation is similar to or different from any preceding violation.

The absence of this notice does not confer, and should not be interpreted by the defendant as conferring, any rights on the defendant. The absence of this notice does not indicate, and should not be interpreted by the defendant as indicating, any position by the court or by the defendant. Even in the absence of this notice, supervised release or probation may, in the future, be revoked based on violations occurring before this or any other modification of conditions.

Agreed to and acknowledged:

_____
Defendant

Print Name: RICHARD K. OPUNUI

Date: 7/29/08

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

> That the defendant serve up to 3 months community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

Witness: *(signature)*
FITUINA F. TUA
Senior U.S. Probation Officer

Signed: *(signature)*
RICHARD K. OPUNUI
Supervised Releasee

7/29/08
Date